**ALVIN K. HELLERSTEIN**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET**
**NEW YORK, NY 10007-1581**
**(212) 805-0152**

**TO:** Concerned Parties

**FROM:** Brigitte Jones, Courtroom Deputy     Date: 3/16/2020
by Order of Judge Alvin K. Hellerstein

AGGC Management LLC, et al. v. Admiral Indemnity Company - 19 Civ. 10580(AKH)

The initial pre-trial conf. previously set for 3/20/2020 is hereby adjourned.

You are hereby notified that you are required to appear for an initial pre-trial conf.

>Date : April 24, 2020
>Time: 10:00 am
>Place: U.S. Courthouse - Southern District of New York
>500 Pearl Street
>Courtroom 14D
>New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*

3-16-2020