UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
AGGC MANAGEMENT LLC, et al,                      :
                                                 :
                                                 :
                                                 :          ORDER REGULATING
                             Plaintiff,          :          PROCEEDINGS
                                                 :
       -against-                                 :           19 Civ. 10580  (AKH)
                                                 :
                                                 :
                                                 :
ADMIRAL INDEMNITY COMPANY.                        :
                                                 :
                             Defendant.          :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On January 8, 2021, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, fact discovery shall be completed by March 12, 2021. Parties are hereby ordered to appear for a status conference on March 19, 2021 at 10 a.m. These dates are not adjournable.

SO ORDERED.

Dated:      January 8, 2021              _____/s/_____
            New York, New York                   ALVIN K. HELLERSTEIN
                                                 United States District Judge